UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *    Case No. 1:24-mj-00003-RMM |
| | * |
| **MARIO GONZALEZ,** | * |
| | * |
| Defendant. | * |

### NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record;

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant, MARIO GONZALEZ.

Respectfully submitted,

/s/ *Robert M. Draskovich*
ROBERT M. DRASKOVICH, ESQ.
NV Bar No. 6275
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
(702) 474-4222 Tel:
(702) 474-1320 Fax:
robert@draskovich.com

1

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Notice of Appearance of Counsel was filed electronically using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

  This 30th day of January, 2024.

                /s/*Robert M. Draskovich*
                ROBERT M. DRASKOVICH, ESQ.